EXHIBIT E

Coleman vs. City of Chicago
Ponni Arunkumar, M.D. - 05/19/2014

Page 1

```
 1                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3

     PERCY COLEMAN, Administrator for   )
 4   the ESTATE OF PHILIP COLEMAN,      )
                                        )
 5               Plaintiff,             )
                                        )
 6          vs.                         )
                                        )
 7   THE CITY OF CHICAGO, CHICAGO       )
     POLICE LIEUTENANTS MICHAEL RIGOLI, ) No. 12 CV 10061
 8   STAR NO. 235, CARLOS MOSTEK, STAR  )
     NO. 196, and MICHAEL CASEY, STAR   )
 9   NO. 191, CHICAGO POLICE SERGEANTS  )
     SEAN TULLY, STAR NO. 1090, WILLIAM )
10   MEADOR, STAR NO. 1003, and TOMMY   )
     WALKER, STAR NO. 2328, and CHICAGO )
11   POLICE OFFICERS CORDY FOUCH, STAR  )
     NO. 19814, MARK JONES, STAR NO.    )
12   10390, DAVID MONTGOMERY, STAR NO.  )
     10651, BRIAN HOOD,                 )
13   STAR NO. 10598, REGINALD T.        )
     MALONE, STAR NO. 17484, and        )
14   DETENTION AIDE KEITH KIRKLAND,     )
                                        )
15               Defendants.
```

16          The deposition of PONNI ARUNKUMAR, M.D.,

17   called by the Plaintiff for examination, taken pursuant

18   to notice and pursuant to the Federal Rules of Civil

19   Procedure for the United States District Courts

20   pertaining to the taking of depositions, taken before

21   Fran Barber, Certified Shorthand Reporter, Registered

22   Professional Reporter and Notary Public, at 2121 West

23   Harrison Street, Chicago, Illinois, commencing at

24   11:50 a.m. on the 19th day of May, 2014.



Coleman vs. City of Chicago
Ponni Arunkumar, M.D. - 05/19/2014                                    Page 7

1    2003 which I completed in 2004.

2         Q.    Where did you do your fellowship?

3         A.    At the Cook County Medical Examiner's office.

4         Q.    Where were you employed between 2004 and 2013?

5         A.    In the Medical Examiner's office in Cook

6    County.

7         Q.    In what capacity?

8         A.    I was assistant medical examiner till 2012 and

9    then became the assistant chief medical examiner.

10        Q.    And before you became assistant medical

11   examiner, what was your position?

12        A.    It was a -- As a fellow, you are still an

13   assistant medical examiner.

14        Q.    All right.

15        MR. BROWNE:  So I just want to mark this as

16   Exhibit 1.  It's the postmortem exam.

17   BY MR. BROWN:

18        Q.    I will hand you what has been marked as

19   Exhibit 1.

20                              (Arunkumar Deposition Exhibit

21                               No. 1 marked as requested.)

22   BY MR. BROWNE:

23        Q.    This document is titled, Report of Postmortem

24   Examination.  And on the front page it indicates that



1  the examination was conducted by yourself, is that

2  correct?

3       A.   Yes.

4       Q.   And is this, in fact, a copy of the

5  post-examination report that you wrote?

6       A.   Yes.

7       Q.   All right.  According -- On the front page, it

8  indicates the examination was performed on

9  December 14th, 2012, is that correct?

10      A.   That is correct.

11      Q.   And the person that you examined was a man

12 named Philip Coleman, is that correct?

13      A.   That is correct.

14      Q.   All right.  I'd -- rather than -- I don't want

15 to go through all of it, but I just want to skip ahead

16 to page 2 of the report.  The section labeled, External

17 Evidence of Injury?

18      A.   Yes.

19      Q.   Okay.  And that section identifies 51 separate

20 external injuries, is that correct?

21      A.   That is correct.

22      Q.   By the way, when you performed the postmortem

23 examination, photographs were taken during the

24 examination, is that correct?



1        A.    It is possible, yes.

2        MR. MARX:  I don't have any other questions.

3        MR. BROWNE:  A couple of follow-ups, real quick.

4                    REDIRECT EXAMINATION

5    BY MR. BROWNE:

6        Q.    Looking at photos that have been marked

7    City 4- -- 404.  The area that you circled there, that

8    is near the wrist area, is that correct?

9        A.    That is the back of his right -- sorry, back

10   of his left lower forearm.  So it is close to the wrist

11   area.  That's the ID tag there.

12       Q.    That's typically placed around their wrist

13   area?

14       A.    Yes.

15       Q.    Okay.  So it's just above that ID tag?

16       A.    Correct.

17       Q.    And there is an abrasion there?

18       A.    I call it -- there is an abrasion.  This is an

19   abrasion and then there are two bruises that I

20   documented.

21       Q.    Is that abrasion consistent with -- Strike

22   that.

23             Could that -- In your opinion, could that

24   abrasion have been caused by a handcuff?



1      A.    It does not have a pattern but it can be

2   caused by it.

3      Q.    Okay.  Would you agree that's in the area

4   where handcuffs are typically placed?

5      A.    Correct.

6      Q.    Similarly, 40- -- City 406, you circled three

7   areas here.  In one of the areas, there is a -- First of

8   all, this photograph shows his right hand and forearm,

9   is that correct?

10     A.    That is correct.

11     Q.    And then of the three circles, the one in the

12  middle, that has an abrasion there, is that correct?

13     A.    Yes.

14     Q.    And is that in -- Would you agree that's in an

15  area where handcuffs are typically placed on

16  individuals?

17     MR. MARX:  Objection to foundation.

18          But you can answer to the extent you know.

19  BY THE WITNESS:

20     A.    It can be caused by the handcuffs placed.

21     Q.    So in your opinion, that abrasion could have

22  been caused by handcuffs?

23     MS. KUPE-ARION:  Objection to the form of the

24  question.



1   BY THE WITNESS:

2        A.   It could have been.  It's -- again, as I said,

3   slightly oblique, but it could have been.

4        Q.   407, City 407.  This is a photograph of his

5   left --

6        A.   Left.

7        Q.   -- wrist and forearm area, is that correct?

8        A.   That is correct.

9        Q.   And do you see an abrasion there in the wrist

10  area?

11       A.   Yes.

12       Q.   And could that have been caused by handcuffs?

13       A.   It is like --

14       MS. KUPE-ARION:  I'm sorry.

15            Objection to the form of the question.

16  Foundation, calls for speculation.

17  BY THE WITNESS:

18       A.   Yes.  It is an irregular abrasion but it

19  can -- could have been caused by a handcuff.  This one

20  (indicating) is a little more irregular than the one on

21  the other forearm but...

22       Q.   And then, during the break, you were nice

23  enough to get the parties your -- copies of your

24  examination diagram, is that correct?





Coleman 12 c 1001
CITY 000406



Coleman 12 C 10061
CITY 000404