IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT 08 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Percy Coleman, Administrator for the Estate of Philip Coleman, <br><br>Plaintiff, <br><br>v. <br><br>The City of Chicago, et al. <br><br>Defendants. | Case No.: 12 cv 10061 <br><br> JUDGE KENNELLY |

## NOTICE OF FILING

TO: Arlene Martin, Asst. Corp. Counsel, Suite 900, 30 N. LaSalle St., Chicago, IL. 60606
Jonathan Green, Asst. Corp. Counsel, Suite 900, 30 N. LaSalle St., Chicago, IL. 60606

**PLEASE TAKE NOTICE** that on October 8, 2015, the undersigned filed with the Clerk of this Court, the **EXHIBITS F AND G to Plaintiff's Appendix of Exhibits** the service of which is being made upon you.

S/Garrett Browne
Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2015, I filed and served the foregoing Notice of Filing with the Clerk of the Court using the Cm/EMF system. I further certify that copies of Exhibits F and G were served via U.S. Mail to the above listed parties with postage prepaid.

/s/Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330

Chicago, IL 60606
(312) 345-8877
gbrowne@efox-law.com

# EXHIBITS F AND G

(VIDEO FILES ON CD)