Coleman vs. City of Chicago

12 CV 10061

Deposition of: Ponni Arunkumar, M.D.

Taken on: May 19, 2014

**JENSEN LITIGATION SOLUTIONS**
180 North LaSalle Street
Suite 2800
Chicago, IL 60601
312.236.6936
877.653.6736
www.jensenlitigation.com



DEFENDANT'S EXHIBIT 8



JENSEN Litigation Solutions

1  Q. All right. So if you could look at external
2  injuries 47 through 51 and tell me if any of them showed
3  any signs of healing.
4  A. There were -- There are no signs of healing on
5  those.
6  Q. All right. Now, before we move on, in the
7  external injuries section, are there -- can you tell me
8  which of these numbered external injuries describe the
9  area near the wrists of Mr. Coleman?
10  A. So No. 10 is near the wrist. Number 11 is
11  near the wrist. 16 is near the wrist. 22 is near the
12  wrist. Then 23 is near the wrist. Those are the ones
13  near the wrist.
14  Q. All right, thank you.
15  The injuries described in external injury
16  No. 10 -- External injury No. 10, the injuries described
17  there, are those consistent with injuries caused by
18  handcuffs?
19  A. With handcuffs I usually see linear bruises.
20  You know, I don't describe them as linear bruises so
21  I'm -- it's not consistent with handcuffs as such, but
22  there is injury there.
23  Q. Okay. Number 11. Do the -- Does the injury
24  described there, is that consistent with injuries caused

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Case: 1:12-cv-10061 Document #: 194-8 Filed: 10/30/15 Page 3 of 5 PageID #:1163

Coleman vs. City of Chicago
Ponni Arunkumar, M.D. - 05/19/2014
Page 22

1  by handcuffs in your experience?

2      A.   Again, it is -- it's not a linear bruise or
3  abrasion, it's a discrete large bruise there.  It does
4  not seem to be consistent with handcuffs.

5      Q.   Number 16.  That does not describe a linear
6  injury, is that correct?

7      A.   That is correct.

8      Q.   So, again, would you say that that is not
9  consistent -- in your experience, that's not consistent
10 with a handcuff injury?

11     A.   Correct.

12     Q.   Number 22.  Again, the injury is not described
13 as linear in shape?

14     A.   Right.  And also in the photograph it appears
15 as more like an oblique injury, not like a straight
16 injury.  So it does not appear to be consistent with...

17     Q.   Handcuffs?

18     A.   Correct.

19     Q.   All right. And No. 23.  Purple bruises and
20 not described as linear in shape, so in your experience
21 that is not consistent with handcuff injury?

22     A.   That's -- Yes.

23     Q.   Okay.  Number 47.  External injury No. 47,
24 where it describes linear brown abrasions in the ankle

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Case: 1:12-cv-10061 Document #: 194-8 Filed: 10/30/15 Page 4 of 5 PageID #:1164

Coleman vs. City of Chicago
Ponni Arunkumar, M.D. - 05/19/2014
Page 76

1    A.   It does not have a pattern but it can be
2    caused by it.
3         Q.   Okay.  Would you agree that's in the area
4    where handcuffs are typically placed?
5         A.   Correct.
6         Q.   Similarly, 40- -- City 406, you circled three
7    areas here.  In one of the areas, there is a -- First of
8    all, this photograph shows his right hand and forearm,
9    is that correct?
10        A.   That is correct.
11        Q.   And then of the three circles, the one in the
12   middle, that has an abrasion there, is that correct?
13        A.   Yes.
14        Q.   And is that in -- Would you agree that's in an
15   area where handcuffs are typically placed on
16   individuals?
17        MR. MARX:  Objection to foundation.
18             But you can answer to the extent you know.
19   BY THE WITNESS:
20        A.   It can be caused by the handcuffs placed.
21        Q.   So in your opinion, that abrasion could have
22   been caused by handcuffs?
23        MS. KUPE-ARION:  Objection to the form of the
24   question.

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Case: 1:12-cv-10061 Document #: 194-8 Filed: 10/30/15 Page 5 of 5 PageID #:1165

Coleman vs. City of Chicago
Ponni Arunkumar, M.D. - 05/19/2014
Page 77

1   BY THE WITNESS:
2       A.   It could have been. It's -- again, as I said,
3   slightly oblique, but it could have been.
4       Q.   407, City 407. This is a photograph of his
5   left --
6       A.   Left.
7       Q.   -- wrist and forearm area, is that correct?
8       A.   That is correct.
9       Q.   And do you see an abrasion there in the wrist
10   area?
11       A.   Yes.
12       Q.   And could that have been caused by handcuffs?
13       A.   It is like --
14      MS. KUPE-ARION: I'm sorry.
15       Objection to the form of the question.
16   Foundation, calls for speculation.
17   BY THE WITNESS:
18       A.   Yes. It is an irregular abrasion but it
19   can -- could have been caused by a handcuff. This one
20   (indicating) is a little more irregular than the one on
21   the other forearm but...
22       Q.   And then, during the break, you were nice
23   enough to get the parties your -- copies of your
24   examination diagram, is that correct?

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions