IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Percy Coleman, Administrator for the Estate of Philip Coleman, | ) ) ) | Case No. 12 cv 10061 |
| Plaintiff, | ) ) | JUDGE KENNELLY |
| vs. | ) ) | Magistrate Judge Finnegan |
| The City of Chicago, et al. | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' APPENDIX OF EXHIBITS IN SUPPORT OF
THEIR RESPONSE AND MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

| | |
|---|---|
| Officer Reginald Malone deposition excerpts | Exhibit 1 |
| Officer Keith Kirkland deposition excerpts | Exhibit 2 |
| Officer Sgt. Tommy Walker deposition excerpts | Exhibit 3 |
| Officer Mark Jones deposition excerpts | Exhibit 4 |
| Officer David Montgomery deposition excerpts | Exhibit 5 |
| Officer Brian Hood deposition excerpts | Exhibit 6 |
| Officer Sgt. Wiliam Meador deposition excerpts | Exhibit 7 |
| Ponni Arunkumar, M.D. deposition excerpts | Exhibit 8 |
| Jeffrey Nobel deposition excerpts | Exhibit 9 |
| Officer Tonya Pye deposition excerpts and deposition exhibit No. 1 | Exhibit 10 |
| Officer Cordy Fouch deposition excerpts | Exhibit 11 |

Respectfully submitted,

**Arlene E. Martin**
Chief Assistant Corporation Counsel
Attorney for Defendants

30 No. LaSalle Street - Suite 900
Chicago, Illinois 60602
312.744.6949