## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Percy Coleman, Administrator for the Estate of Philip Coleman )<br>)<br>) | |
| ) | Case No.: 12 cv 10061 |
| Plaintiff, ) | |
| ) | **JUDGE KENNELLY** |
| v. ) | |
| ) | |
| The City of Chicago, Chicago Police Lieutenants Michael Rigoli, Star No. 235, Carlos Mostek, Star No. 196, and Michael Casey, Star No. 191, Chicago Police Sergeants Sean Tully, Star No. 1090, William Meador, Star No. 1003, and Tommy Walker, Star No. 2328, and Chicago Police Officers Cordy Fouch, Star No. 19814, Mark Jones, Star No. 10390, David Montgomery, Star No. 10651, Brian Hood, Star No. 10598, Reginald T. Malone, Star No. 17484, Detention Aide Keith Kirkland, Lee Caldwell, Star No. 16925, and Charita Edwards, Star No. 10095. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | |

### PLAINTIFF'S APPENDIX OF EXHIBITS
### TO LOCAL RULE 56.1 REPLY

| | |
|---|---|
| Keith Kirkland deposition excerpts | Exhibit A |
| Tommy Walker deposition excerpts | Exhibit B |
| Tony Pye deposition excerpts | Exhibit C |
| Ponni Arunkumar deposition excerpts | Exhibit D |
| Jeffrey Noble deposition excerpts | Exhibit E |
| William Meador deposition excerpts | Exhibit F |
| Mark Jones deposition excerpts | Exhibit G |

Reginald Malone deposition excerpts                                    Exhibit H

Cordy Fouch deposition excerpts                                         Exhibit I

Cedric Jordan deposition excerpts                                       Exhibit J


BY:     s/ Garrett Browne
        ED FOX & ASSOCIATES
        Attorneys for Plaintiff
        300 West Adams
        Suite 330
        Chicago, Illinois 60606
        (312) 345-8877
        gbrowne@efox-law.com