### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Percy Coleman, Administrator for the Estate of Philip Coleman ) ) | |
| Plaintiff, ) ) ) | Case No.: 12 cv 10061 |
| v. ) ) ) | JUDGE KENELLY |
| The City of Chicago, et al. ) ) | |
| Defendants. ) ) ) | |

## PETITION TO APPROVE DISTRIBUTION

NOW COMES the Plaintiff, Percy Coleman, as Administrator of the Estate of Philip Coleman, by and through his attorneys, ED FOX & ASSOCIATES, and in support of Plaintiff's Petition To Approve Distribution states as follows:

1. Plaintiff has agreed to settle his case against the Defendants and each of them, for the sum of $4,950,000.00 (four million, nine hundred fifty thousand dollars), the terms and conditions of which are set forth in the Petition to Approve Settlement and attached Settlement and Release filed herewith;

2. The retainer agreement that Plaintiff signed provided for the payment of a 40% contingency fee plus the payment of costs. Plaintiff's attorneys are thus entitled to compensation in the amount of $1,980,000.00 (one million, nine hundred eighty thousand dollars) which is equal to 40% of the total settlement.

1

3. Plaintiff's attorneys have incurred costs and expenses associated with this litigation in the amount of $105,508.03 (one hundred five thousand, five hundred eight dollars, and three cents), which are fair, reasonable and necessary. As such, Plaintiff's attorneys are entitled to reimbursement for these costs and expenses. Attached hereto as Exhibit A is a spreadsheet of the itemized costs. The total of attorneys' fees and costs to be distributed to Plaintiff's attorneys is: $2,085,508.03 (two million, eighty five thousand, five hundred eight dollars and three cents)

4. Plaintiff is not aware of any liens.

5. After the payment of attorneys' fees and costs, the payment to the Plaintiff, Percy Coleman Administrator of the Estate of Philip Coleman is $2,864,491.97 (two, million eight hundred sixty-four thousand, four hundred ninety-one dollars and ninety-seven cents).

6. Plaintiff, Percy Coleman, administrator of the estate of Philip Coleman is requesting that the proceeds from the settlement be distributed directly to the heirs of Philip Coleman, all of which is to deemed to be in satisfaction of the wrongful death claim.

7. Philip Coleman leaves four heirs: Percy Coleman (father); Lena Coleman (mother); Jeffery Coleman (brother) and Jackie Coleman (sister). As indicated on exhibit B, attached hereto, the heirs have all agreed upon the following distribution:

a) Lena Coleman, mother of the decedent, for compensation for her grief, sorrow, mental suffering, loss of love, affection, companionship and society, the amount of $716,122.99 (seven hundred sixteen thousand, one hundred twenty-two and ninety-nine cents).

b) Percy Coleman, father of the decedent, for compensation for his grief, sorrow, mental suffering, loss of love, affection, companionship and society, the amount of $716,122.99 (seven hundred sixteen thousand, one hundred twenty-two and ninety-nine cents).

c) Jeffery Coleman brother of the decedent, for compensation for his grief, sorrow, mental suffering, loss of love, affection, companionship and society, the amount of $716,122.99 (seven hundred sixteen thousand, one hundred twenty-two and ninety-nine cents).

d) Jackie Coleman, sister of the decedent, for compensation for her grief, sorrow, mental suffering, loss of love, affection, companionship and society, the amount of $716,122.99 (seven hundred sixteen thousand, one hundred twenty-two and ninety-nine cents).

**WHEREFORE**, Plaintiff, Percy Coleman as Administrator of the Estate of Phillip Coleman, by and through counsel, Ed Fox & Associates, respectfully requests that this Court approve the distribution as outlined above and set forth in the Order Approving Distribution filed herewith.

                                                Respectfully submitted,

                                                /s/ Edward M. Fox
                                                  Edward M. Fox

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877
Attorney No. 36478