**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Percy Coleman, Administrator for the Estate of Philip Coleman | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 12 cv 10061 |
| v. | ) ) ) | JUDGE KENELLY |
| The City of Chicago, et al. | ) ) | |
| Defendants. | ) ) ) | |

**AMENDEDMENT TO PETITION FOR DISTRIBUTION**

Plaintiff, Percy Coleman, as Administrator for the Estate of Philip Coleman, by and through counsel hereby file this amendment to the Petition to tax costs.

1.     On April 18, 2016 Plaintiff's counsel received an additional bill from the defendants' expert, Judith Roberts.

2.     The bill is for her deposition which Plaintiff took on November 23, 2015.

3.     The bill is for the sum of $1,800.00.

4.     On April 19, 2016 Plaintiff's Counsel received an additional bill from Northwestern Medical Faculty Foundation, for defendants' expert Stephen Dinwiddie.

5.     The bill is for Dr. Dinwiddie's deposition preparation and for deposition fees, the bill is for work that was completed September 19, 2015 through September 22, 2015.

6.     The bill is in the sum of $4,000.00.

7.     On April 19, 2016, Plaintiff's Counsel received an additional bill from Defendants' expert Jeffery B. Murphy.

8.      The bill is for Mr. Murphy's deposition that was taken on September 10, 2015.

9.      The bill is in the sum of $3,600.00.

10.      As a result, the sum of $9,400.00 is to be added to the costs of the Estate of Philip Coleman.  The costs in this case now total: $114,908.03.

11.      The attorneys' fees and costs now equal $2,094,908.03.

12.      The total settlement is for $4,950,000.00.  Thus, the net amount of money that for the heirs/beneficiaries of Philip Coleman's estate is:  $2,855,091.97.

13.      Each of the 4 beneficiaries named in the Petition to Approve Distribution thus receives the total sum of $713,772.99.

WHEREFORE, Percy Coleman, as Administrator of the Estate of Philip Coleman, by and through his attorneys respectfully requests that this Court grant this Petition and Amendment to Petition to Approve Distribution and order the distribution of proceeds as follows:

 a.  Lena Coleman:    $713,772.99.

 b.  Percy Coleman:  $713,772.99.

 c.  Jeffery Coleman: $713,772.99.

 d.  Jackie Coleman:  $713,772.99.

 e.  Attorneys' fees and costs:  $ 2,094,908.03.

     Respectfully submitted,

     /s/ Edward M. Fox
      Edward M. Fox

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877

2