**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Percy Coleman, Administrator for the Estate of Philip Coleman )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>The City of Chicago, et al. )<br>)<br>Defendants. )<br>)<br>) | Case No.: 12 cv 10061<br><br>JUDGE KENELLY |

**ORDER APPROVING SETTLEMENT**

On the 19th day of April, 2016, the above-referenced matter came for hearing and approval by the Court as to the reasonableness of a settlement between the City of Chicago, et al., and Percy Coleman, as Administrator of the Estate of Philip Coleman.

The monetary terms of the settlement are set forth in the attached the Petition to Approve Settlement (hereinafter "Petition"), attached as "Exhibit A." The Court has reviewed the Petition, and, if necessary, taken testimony and/or heard arguments in favor of this proposed settlement. The Court is fully informed of the specifics of the material full and final terms and conditions of the settlement, including the necessity of the approval by the Chicago City Council. The Court finds that the terms and conditions of this settlement, as set forth in the attached Petition, are fair and reasonable with respect to all parties.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the settlement, in the sum of $4,950,000.00 (four million, nine hundred fifty thousand dollars) is hereby approved. It is further Ordered that Percy Coleman is authorized and required to sign any documents that are necessary to consummate this settlement.

The Court further finds that plaintiff is legally responsible for any and all past, present, and future liens or claims for payment or reimbursement, if any, including any liens or claims for payment or reimbursement by Medicaid, Medicare, or healthcare providers.

Dated this 22nd day of April, 2016

_____
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE

s/ Edward M. Fox
EDWARD M. FOX
Ed Fox & Associates
300 West Adams Street, Suite 330
Chicago, Illinois 60606
*Attorney for Plaintiff*

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Percy Coleman, Administrator for the Estate of Philip Coleman )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>The City of Chicago, et al. )<br>)<br>Defendants. )<br>)<br>) | Case No.: 12 cv 10061<br><br>JUDGE KENELLY |

### PETITION FOR APPROVAL OF SETTLEMENT

NOW COMES Plaintiff, Percy Coleman, as Administrator of the Estate of Philip Coleman, deceased, by and through his attorneys, Ed Fox & Associates, and moves this court to approve the settlement between the City of Chicago and Michael Rigoli, Carlos Mostok, Michael Casey, Sean Tully, William Meador, Tommy Walker, Cordy Fouch, David Montgomery, Brian Hood, Reginald T. Malone, Keith Kirkland, Lee Caldwell, and Charity Edwards (hereafter collectively referred to as "Defendants'), and plaintiff Percy Coleman, as Administrator of the Estate of Philip Coleman. In support thereof the movant states as follows:

1. This case consists of Civil Rights claims, brought pursuant to 42 U.S.C. §1983, as well as Supplemental State Claims. These include claims for wrongful death related to the alleged wrongful death of Philip Coleman for the benefit of his heirs, and a survival action on behalf of the Estate of Philip Coleman.

2. Philip Coleman is survived by his parents, Lena and Percy Coleman, and his brother, Jeffery Coleman, and sister, Jackie Coleman.

3. Plaintiff contends that the evidence in this case shows that individual defendants and the City of Chicago, committed Constitutional violations, as well as committed certain torts, including, without limitation, assaults and batteries, which caused pain, suffering, and ultimately the death of Philip Coleman as a result of actions that took place on December 12 and 13, 2012. Plaintiff seeks damages for pain, suffering, lost benefits, funeral expenses, and loss of society, on behalf of the estate of Philip Coleman and the deceased's heirs, Philip Coleman's parents, Lena and Percy Coleman, and Philip Coleman's brother, Jeffery Coleman, and sister, Jackie Coleman.

4. The Defendants have not conceded liability and/or damages, however, this Court has ruled that as a matter of law, that Defendant Keith Kirkland is liable because he used excessive force in connection with dragging Philip out of his cell and down a hall, and that Defendant Tommy Walker is liable because he failed to prevent Kirkland from using excessive force despite the ability to do so.

5. To avoid the expense and uncertainty of further litigation, the plaintiff has agreed to settle this case for the sum total of $4,950,000.00. Each side is to bear their own costs and attorneys' fees.

6. Counsel representing both the City of Chicago and the individual Defendants, as well as Stephen R. Patton, Corporation Counsel for the City of Chicago have agreed to recommend this settlement to the Chicago City Council, but the City Council must still approve the terms of the settlement and authorize the City of Chicago to consummate a settlement for the amount and upon the terms and conditions agreed upon by the parties as set forth in the Settlement and Release Agreement.

**Wherefore,** Plaintiff moves this court to grant this Petition and enter an order approving the settlement amount of $4,950,000.00, as fair and reasonable.

Respectfully submitted,

/s/ Edward M. Fox
Edward M. Fox

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877
Attorney No. 36478